THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Samuel Dinkins,       
Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2004-UP-493
Submitted September 15, 2004  Filed 
 September 22, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Samuel Dinkins appeals from 
 his conviction for armed robbery, kidnapping, and possession of a firearm during 
 the commission of a violent crime.  He contends the trial judge erred when he 
 visited the jury room alone to correct a mistake in his charge.  Dinkinss counsel 
 attached to the brief a petition to be relieved as counsel, stating that he 
 had reviewed the record and concluded this appeal lacks merit.  After a thorough 
 review of the record and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss [1] Dinkinss 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.